# COURT MINUTES

# Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor Date: 09/29/2026 Time: 10:00 AM

Defendant: Enalber Vargas Gomez J#: 52724-506 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Michael Sartoian Attorney: D. Tischler covering for Marc David Seitles-CJA

Violation: Conspiracy to provide material support or resources to carry out a violation of section 956 resulting in death.

Proceeding: Detention/Arraignment/Status re: Indigency CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: TEMP-PTD

Bond Set at: Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

*Brady Order given on 9/21/26*

Defense ore tenus request to continue the Detention/Arraignment/Status re: Indigency is -**GRANTED .**

Time from today to ____ excluded from Speedy Trial Clock

| **NEXT COURT APPEARANCE** | **Date:** | **Time:** | **Judge:** | **Place:** |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **PTD**/Bond Hearing: | 10-1-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |
| Prelim/**Arraign** or Removal: | 10-1-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |
| **Status Conf. RE: Indig.** | 10-1-26 | 10:00 a.m. | Duty Magistrate Judge | Miami |

D.A.R. 10:50:40 Time in Court: 2 minutes