# COURT MINUTES

## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor

Date: 10/01/2026 Time: 10:00 AM

Defendant: Enalber Vargas Gomez J#: 52724-506 Case #: 22-CR-20104-BECERRA

AUSA: Michael Sartoian Attorney: Marc David Seitles-CJA

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Detention/Arraignment/status re: Indigency CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: TEMP-PTD

Bond Set at: STIP – Pretrial Detention w/rights to revisit Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

*Brady Order given on 9/21/26*

Govt's ore tenus request for PTD is **GRANTED** pursuant to stipulated detention with rights to revisit.

No hearing held.

Deft. is Arraigned. *Reading of Indict. Waived; Not Guilty plea entered Jury Trial demanded; Standing Discovery Order requested.*

Defendant's ore tenus request for entry of S.D.O. -**GRANTED.**

Status Conf RE: Indig. matter will be scheduled before Mag. Judge Reid.

**BRADY ORDER GIVEN**

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:43:11; 11:02:38 Time in Court: 4 minutes